**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
*Counsel for Trans Union LLC*

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LETICIA RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CORELOGIC CREDCO, CHECK CITY and TRANS UNION LLC<br><br>　　　　　Defendants. | Case No. 2:21-cv-02182-APG-BNW<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Leticia Rodriguez ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

　　　　On November 16, 2021, Plaintiff filed her Complaint in the Eighth Judicial District Court, Clark County, Nevada which alleges claims pursuant to the Fair Credit Reporting Act, 15 § 1681, *et seq.* Trans Union filed its Notice of Removal to this Court on December 10, 2021. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is December 17, 2021. Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including January 17, 2022. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 15th day of December 2021.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
**JENNIFER BERGH**
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
**Counsel for Trans Union LLC**

### Order

IT IS SO ORDERED

DATED: 12:47 pm, December 16, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**KNEPPER & CLARK LLC**

*/s/ Miles N. Clark*
Miles N. Clark, Esq.
miles.clark@knepperclark.com
Knepper & Clark LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148-7700
(702) 856-7430
(702) 447-8048 Fax
*and*
**KRIEGER LAW GROUP, LLC**
David H. Krieger
dkrieger@hainesandkrieger.com
Shawn Miller
smiller@kriegerlawgroup.com
Krieger Law Group, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
(702) 430-4503
(702) 385-5518 Fax
**Counsel for Plaintiff**

2

5300396.1