Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant CoreLogic Credco, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LETICIA RODRIGUEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CORELOGIC CREDCO; CHECK CITY; and TRANS UNION, LLC,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-02182-APG-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Defendant, CoreLogic Credco, LLC ("Credco") and Plaintiff Leticia Rodriguez ("Plaintiff"), by and through their undersigned counsel, and pursuant LR IA 6-1, submit the following stipulation to Extend Time to File Responsive Pleading up to and including January 17, 2022. In support of the stipulation, the parties state the following:

1. On December 10, 2021, Defendant Trans Union, LLC removed this matter to this Court. Credco joined and consented to Trans Union, LLC's Notice and Petition to Remove. [D.E. 1-2].

2. Pursuant to Fed. R. Civ. P. 81, Credco's deadline to respond to the Complaint is December 17, 2021.

3. The undersigned counsel was recently retained by Credco in connection with this matter and is continuing to review the allegations in the Complaint.

4. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

5. This is the first request to extend the deadline for Credco to file its responsive

1

pleading.

6. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

7. Therefore, the parties hereby stipulate that the deadline for Credco to file its responsive pleading shall be extended through January 17, 2022.

DATED: December 17, 2021

KNEPPER & CLARK LLC

By: */s/ Miles N. Clark*
Miles N. Clark, Esq. (NSBN 13848)
5510 So. Fort Apache Rd., Suite 30
Las Vegas, Nevaa 89148
Miles.clark@knepperclark.com

KRIEGER LAW GROUP, LLC
David H. Krieger, Esq. (NVSB 9086)
2850 W. Horizon Ridge Pkwy., Ste. 200
Henderson, Nevada 89052
dkrieger@kriegelawgroup.com

*Attorneys for Plaintiff Leticia Rodriguez*

McDONALD CARANO LLP

By: */s/ Rory T. Kay*
Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant CoreLogic Credco LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/20/2021