Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
preilly@bhfs.com

*Attorneys for Check City Partnership, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> CORELOGIC CREDO, CHECK CITY and TRANSUNION LLC, <br><br> Defendants. | Case No.: 2:21-cv-02182-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** <br><br> **(First Request)** |

## STIPULATION

Plaintiff Leticia Rodriguez and Defendant Check City Partnership, LLC ("Check City") hereby stipulate and agree to extend the time for Check City to answer or otherwise plead in response to the Complaint on file in this action, up to and including February 15, 2022.

This is the first request for an extension. The parties are currently discussing possible resolution, and these discussions are continuing. Check City is also exploring possible avenues for alternative dispute resolution.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

23696690.1

Accordingly, this stipulation is made in good faith and not for the purposes of delay.

DATED this 1st day of February, 2022.   DATED this 1st day of February, 2022.

*/s/ Miles N. Clark, Esq.*   */s/ Patrick J. Reilly*

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
Email: dkrieger@hainesandkrieger.com

Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

Patrick J. Reilly
Nevada Bar No. 6103
BROWNSTEIN FARBER HYATT SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV  89106
Email: preilly@bhfs.com

*Attorneys for Check City Partnership, LLC*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 2, 2022

23696690.1

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** was served via electronic service on the this 1st day of February, 2022, to the addresses shown below:

| | |
|---|---|
| David Krieger, Esq.<br>Shawn Miller, Esq.<br>KRIEGER LAW GROUP, LLC<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br><br>Miles N. Clark, Esq.<br>KNEPPER & CLARK LLC<br>miles.clark@knepperclark.com<br><br>*Attorneys for Leticia Rodriguez* | Jennifer Bergh, Esq.<br>QUILLING SELANDER LOWNDS<br>WINSLETT & MOSER, P.C.<br>Jberg@gslwm.com<br><br>*Attorneys for Trans Union LLC* |

*/s/ Mary Barnes*
Mary Barnes, an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101