Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff Leticia Rodriguez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA RODRIGUEZ,<br><br>　　Plaintiff,<br><br>v.<br><br>CORELOGIC CREDCO; CHECK CITY; and TRANS UNION, LLC,<br><br>　　Defendants. | Case No. 2:21-cv-02182-APG-BNW<br><br>**JOINT MOTION BETWEEN PLAINTIFF AND DEFENDANT CORELOGIC CREDCO TO FILE FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: November 16, 2021 |

　　Plaintiff Leticia Rodriguez ("Plaintiff") and Defendant CoreLogic Credco ("Credco"), by and through their counsel of record (together, the "Parties"), hereby move jointly to amend the Complaint to substitute Defendant CoreLogic Credco for the proper party defendant, CoreLogic Teletrack. In support of their Motion, the Parties state as follows:

　　Upon review of the Complaint, Credco determined that the proper CoreLogic entity at issue in this action is CoreLogic Teletrack. Credco informed Plaintiff that CoreLogic Teletrack should be named as defendant and Plaintiff agreed to amend the Complaint.

CoreLogic Teletrack is owned and operated by a separate entity, Equifax Inc., and is a separate entity from CoreLogic Credco. Therefore, Plaintiff further agrees to serve CoreLogic Teletrack pursuant to Fed. R. Civ. P. 4(c) once the First Amended Complaint is docketed. The proposed First Amended Complaint is attached hereto as Exhibit 1. The Parties also respectfully request that CoreLogic Credco be dismissed without prejudice and terminated from this matter.

DATED: February 3, 2022.

| **KNEPPER & CLARK LLC** | **MCDONALD CARANO LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Tara U. Teegarden* |
| Miles N. Clark, Esq. | Rory T. Kay, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12416 |
| 5510 So. Fort Apache Rd, Suite 30 | Tara U. Teegarden, Esq. |
| Las Vegas, NV 89148 | Nevada Bar No. 15344 |
| Email: miles.clark@knepperclark.com | 2300 West Sahara Avenue, Suite 1200 |
| | Las Vegas, Nevada 89102 |
| **KRIEGER LAW GROUP, LLC** | rkay@mcdonaldcarano.com |
| David H. Krieger, Esq. | tteegarden@mcdonaldcarano.com |
| Nevada Bar No. 9086 | |
| 2850 W. Horizon Ridge Pkwy., Ste 200 | *Counsel for Defendant* |
| Henderson, NV 89052 | *Attorneys for Defendant CoreLogic Credco LLC* |
| *Counsel for Plaintiff Leticia Rodriguez* | |

**ORDER**
**IT IS SO ORDERED**

**DATED:** 3:10 pm, February 07, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*Rodriguez v. CoreLogic Credco, et al.*
*Case No. 2:21-cv-02182-APG-BNW*

4886-1671-8860, v. 1