**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
*Counsel for Trans Union LLC*

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORELOGIC TELETRACK; CHECK CITY and TRANS UNION LLC<br><br>　　　　Defendants. | Case No. 2:21-cv-02182-APG-BNW<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Leticia Rodriguez ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Amended Complaint.

On November 16, 2021, Plaintiff filed her Complaint in the Eighth Judicial District Court, Clark County, Nevada which alleges claims pursuant to the Fair Credit Reporting Act, 15 § 1681, *et seq*. Trans Union filed its Notice of Removal to this Court on December 10, 2021. Plaintiff filed her First Amended Complaint on February 7, 2022. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is February 21, 2022.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Amended Complaint up to and including March 14, 2022. This

1

5300396.1

is the first motion for extension of time for Trans Union to respond to Plaintiff's Amended Complaint.

Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Amended Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

Dated this 18th day of February 2022.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
**JENNIFER BERGH**
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**KNEPPER & CLARK LLC**

*/s/ Miles N. Clark*
Miles N. Clark, Esq.
miles.clark@knepperclark.com
Knepper & Clark LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148-7700
(702) 856-7430
(702) 447-8048 Fax
*and*
**KRIEGER LAW GROUP, LLC**
David H. Krieger
dkrieger@hainesandkrieger.com

**ORDER**

**IT IS SO ORDERED**
**DATED:** 4:57 pm, February 22, 2022

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

5300396.1

2

Shawn Miller
smiller@kriegerlawgroup.com
Krieger Law Group, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
(702) 430-4503
(702) 385-5518 Fax
***Counsel for Plaintiff***

5300396.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February 2022, I electronically filed **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

Miles N. Clark, Esq.
miles.clark@knepperclark.com
Knepper & Clark LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148-7700
(702) 856-7430
(702) 447-8048 Fax
and
David H. Krieger
dkrieger@hainesandkrieger.com
Shawn Miller
smiller@kriegerlawgroup.com
Krieger Law Group, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
(702) 430-4503
(702) 385-5518 Fax
***Counsel for Plaintiff***

Patrick J. Reilly
preilly@bhfs.com
Brownstein Hyatt Farber Schreck, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
(702) 382-2101
(702) 382-8135 Fax
***Counsel for Check City***

/s/ Jennifer Bergh
**JENNIFER BERGH**

5300396.1

4