UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA RODRIGUEZ, | Case No.: 2:21-cv-02182-APG-BNW |
| Plaintiff | **Order** |
| v. | [ECF No. 43] |
| CORELOGIC CREDCO, et al., | |
| Defendants | |

Plaintiff Leticia Rodriguez filed a notice of voluntary dismissal of her claims against defendant Trans Union LLC under Federal Rule of Civil Procedure 41(a)(1)(A)(i). In the notice, the plaintiff states that Trans Union did not file an answer or a motion for summary judgment. ECF No. 43 at 1. However, Trans Union has filed an answer in this case. ECF No. 15. Consequently, Rule 41(a)(1)(A)(i) does not apply.

Under Rule 41(a)(2), I may dismiss the plaintiff's claims at her request "on terms that the court considers proper." The plaintiff requests her claims be dismissed with prejudice, likely because Trans Union previously filed a notice advising the court that these parties had settled this matter as between them. ECF Nos. 36; 43 at 1. Trans Union has not opposed the plaintiff's request for dismissal with prejudice.

I THEREFORE ORDER that plaintiff Leticia Rodriguez's claims against defendant Trans Union LLC are dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(2).

DATED this 18th day of May, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE