Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  (702) 382-2101
Facsimile:  (702) 382-8135
preilly@bhfs.com

*Attorneys for Check City Partnership, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> CORELOGIC CREDO, CHECK CITY and TRANSUNION LLC, <br><br> Defendants. | Case No.: 2:21-cv-02182-APG-BNW <br><br> **STIPULATION AND ORDER TO DISMISS CHECK CITY PARTNERSHIP, LLC WITH PREJUDICE** |

### **STIPULATION**

Plaintiff Leticia Rodriguez and Defendant Check City Partnership, LLC ("Check City") hereby stipulate and agree to dismiss with prejudice all claims asserted against Check City in the above-entitled action.  This Stipulation shall have no effect on any claims asserted by or against any other parties in this action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

24543655.1

Ms. Rodriguez and Check City shall bear their own respective attorney's fees and costs of suit.

DATED this 11th day of August, 2022.        DATED this 11th day of August, 2022.

/s/ *Miles N. Clark, Esq.*                          /s/ *Patrick J. Reilly*
David H. Krieger, Esq.                              Patrick J. Reilly
Nevada Bar No. 9086                                 BROWNSTEIN FARBER HYATT
KRIEGER LAW GROUP, LLC                              SCHRECK, LLP
2850 W. Horizon Ridge Pkwy, Suite 200               100 N. City Parkway, Suite 1600
Henderson, NV 89052                                 Las Vegas, NV  89106
Email: dkrieger@hainesandkrieger.com                Email: preilly@bhfs.com

Miles N. Clark, Esq.                                *Attorneys for Check City Partnership, LLC*
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: August 12, 2022

24543655.1