# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA RODRIGUEZ, | Case No.: 2:21-cv-02182-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| CORELOGIC CREDCO, et al., | |
| Defendants | |

On July 27, 2022, plaintiff Leticia Rodriguez and defendant CoreLogic Teletrack advised the court that they had settled the dispute between them, and they requested 60 days to file a stipulation to dismiss. ECF No. 47. More than 60 days have passed and no stipulation has been filed.

I THEREFORE ORDER that plaintiff Leticia Rodriguez and defendant CoreLogic Teletrack shall file either a stipulation to dismiss or a joint status report by November 18, 2022.

DATED this 28th day of October, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE