# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LETICIA RODRIGUEZ,

    Plaintiff

v.

CORELOGIC CREDCO, et al.,

    Defendants

Case No.: 2:21-cv-02182-APG-BNW

**Order**

On July 27, 2022, plaintiff Leticia Rodriguez and defendant CoreLogic Teletrack advised the court that they had settled the dispute between them, and they requested 60 days to file a stipulation to dismiss. ECF No. 47.  More than 60 days passed with no stipulation, so I ordered the parties to file either a stipulation to dismiss or a joint status report by November 18, 2022. ECF No. 51.  The parties did not respond.

I THEREFORE ORDER that plaintiff Leticia Rodriguez and defendant CoreLogic Teletrack shall file either a stipulation to dismiss or a joint status report by December 1, 2022. Failure to comply with this order may result in sanctions, including dismissal of claims or defenses.

DATED this 21st day of November, 2022.

 

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE