Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA RODRIGUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>CORELOGIC TELETRACK,<br><br>   Defendant. | Case No. 2:21-cv-02182-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF CORELOGIC TELETRACK, WITH PREJUDICE**<br><br>Complaint filed: November 16, 2021<br><br>Assigned to Hon. Judge Andrew P. Gordon |

PLEASE TAKE NOTICE that Plaintiff Leticia Rodriguez ("Plaintiff") and Defendant Corelogic Teletrack, ("Corelogic") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii).

There are no longer any issues in this matter between Leticia Rodriguez and Corelogic to be determined by this Court. Plaintiff and Corelogic hereby stipulate that all claims and causes of action that were or could have been asserted against Corelogic are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

**IT IS SO STIPULATED.**
DATED: November 22, 2022.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **CLARK HILL** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Gia Marina* |
| Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: miles@milesclarklaw.com | Gia Marina, Esq.<br>Nevada Bar No. 15276<br>3800 Howard Hughes Pkwy., Suite 500<br>Las Vegas, NV 89169<br>Email: gmarina@clarkhill.com |
| **KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>5502 S. Fort Apache Rd, Suite 200<br>Las Vegas, NV 89148<br>Email: dkrieger@kriegerlawgroup.com | *Counsel for Defendant*<br>*Corelogic Teletrack* |
| *Counsel for Plaintiff* | |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF CORELOGIC TELETRACK, WITH PREJUDICE

**IT IS SO ORDERED.**

DATED: November 23, 2022

_____
U.S. DISTRICT COURT JUDGE

*Rodriguez v. Corelogic Teletrack et al*
*Case No. 2:21-cv-02182-APG-BNW*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system

LAW OFFICES OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430
www.milesclarklaw.com

2 of 2